IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>KALTEC ELECTRONICS, INC.,<br><br>*Defendant*. | § § § § § § § § § § § | Case No. 2:14-CV-1172<br>LEAD CASE |
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HUNT ELECTRONICS, USA, INC.,<br><br>*Defendant*. | § § § § § § § § § § § | Case No. 2:14-CV-1177 |

**ORDER**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement. Case No. 2:14-cv-1172, Dkt. No. 130. The Motion is GRANTED. All unreached case deadlines applicable between Plaintiffs Trover Group, Inc., and The Security Center, Inc., and Defendant Hunt Electronics, USA, Inc., are stayed for thirty (30) days.

IT IS SO ORDERED.

SIGNED this 6th day of July, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE