IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC., | § § § | |
| Plaintiffs, | § § | Case No. 2:14-CV-1172-WCB<br>LEAD CASE |
| v. | § § | |
| KALTEC ELECTRONICS, INC., *et al.,* | § § | |
| Defendants. | § § § | |
| TROVER GROUP, INC. and<br>THE SECURITY CENTER, INC., | § § § | |
| Plaintiffs, | § § | Case No. 2:14-CV-1177-WCB |
| v. | § § § | |
| HUNT ELECTRONICS, USA, INC., | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion for Stipulated Dismissal With Prejudice Regarding Defendant Hunt Electronics, USA, Inc. filed by plaintiffs Trover Group, Inc., and The Security Center, Inc., and defendant Hunt Electronics USA, Inc. ("Hunt"). Dkt. No. 138 in Case No. 2:14-cv-1172. The motion is GRANTED. All claims asserted by plaintiffs against Hunt and all claims asserted by Hunt against plaintiffs in the above-styled case are dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

IT IS SO ORDERED.

SIGNED this 15th day of July, 2015.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE